**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  07-cv-00488-LTB-CBS** | **FTR -** Reporter Deck - Courtroom A402 |
| **Date: June 8, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

ZEHREN AND ASSOCIATES, INC.,                           Linwood T. Holt
a Colorado corporation, *et al.*,                               Meredith A. Kapushion

    **Plaintiffs,**

v.

BRAEBURN REAL ESTATE DEVELOPMENT, LLC          Ian L. Saffer
a Colorado limited liability company, *et al.*,              Charmaine Cheung

    **Defendants/Third-Party Plaintiffs,**

v.

THE EP BOUNDARY, LLC,                                         Todd W. Miller
a Colorado limited liability company, *et al.,*

    **Third-Party Defendants.**
_____

**COURTROOM MINUTES/MINUTE ORDER**
_____

**HEARING:   Settlement Conference
Court In Session:     12:30 p.m.**

The Court advises the parties of the tentative agreement to take all claims to arbitration that has been reached.

The Court requests confirmation from all parties as to their understanding of and agreement with the terms as the Court has stated, and all participants indicate in the affirmative.

**ORDERED:**   **The oral motion to withdraw the Motion for Preliminary Injunction and Temporary Restraining Order [filed May 14, 2007; doc. 16] is granted.  The motion is hereby withdrawn.**

**ORDERED:**   **The parties shall file a joint motion for stay by June 13, 2007.**

**ORDERED:    The parties shall file a joint status report regarding the commencement of arbitration proceedings with the Court by July 9, 2007.**

HEARING CONCLUDED.

**Court In Recess:       12:37 p.m.**
Total In-Court Time:     00:07