**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00488-LTB-CBS

ZEHREN AND ASSOCIATES, INC., a Colorado corporation, and
MONROE & NEWELL ENGINEERS, INC., a Colorado corporation,

       Plaintiffs,

v.

BRAEBURN REAL ESTATE DEVELOPMENT, LLC, a Colorado limited liability company,
BRAEBURN BUILDERS LTD., a Colorado corporation,
DOUGLAS R. BOYLES, an individual, and
TIMOTHY F. WHITE, an individual, d/b/a OP-ART,

       Defendants and Third-Party Plaintiffs,

v.

THE EP BOUNDARY, LLC, a Colorado limited liability company, and
MICHAEL V. BARRY, an individual,

       Third-Party Defendants.
_____

**ORDER**
_____

       Upon the Joint Motion for Stay of Proceedings Pending Final and Binding Arbitration (Doc 44 - filed June 14, 2007), it is

       ORDERED that the motion is GRANTED and this matter is STAYED pending the outcome of the arbitration.

       IT IS FURTHER ORDERED that the hearing on the motion for preliminary injunction set **June 28, 2007** and the preparation hearing set **June 26, 2007 are VACATED**.

                                   BY THE COURT:

                                     s/Lewis T. Babcock
                                     Lewis T. Babcock, Judge

DATED:   June 15, 2007