IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  07-cv-00488-LTB-CBS

ZEHREN AND ASSOCIATES, INC., a Colorado corporation, and
MONROE & NEWELL ENGINEERS, INC., a Colorado corporation,

       Plaintiffs,

v.

BRAEBURN REAL ESTATE DEVELOPMENT, LLC., a Colorado Limited Liability Company,
BRAEBURN BUILDERS LTD., a Colorado corporation,
DOUGLAS R. BOYLES, an individual, and
TIMOTHY F. WHITE, an individual, d/b/a OP-ART,

       Defendants and Third-Party Plaintiffs,

v.

THE EP BOUNDARY, LLC, a Colorado limited liability company, and
MICHAEL V. BARRY, an individual,

       Third-Party Defendants.

_____

ORDER COMPELLING GARNISHEE WELLS FARGO BANK TO DEPOSIT WRIT OF
GARNISHMENT FUNDS WITH COURT FOR DISBURSEMENT OF FUNDS TO
PLAINTIFFS

_____

This matter having come before the Court upon Plaintiffs' Motion for Order Compelling
Garnishee Wells Fargo Bank to Deposit Writ of Garnishment Funds with Court for
Disbursement of Funds to Plaintiffs, and the Court being fully advised of the premises;
IT IS SO ORDERED that:

Plaintiffs' Motion is GRANTED.

1.     Garnishee Wells Fargo Bank shall immediately deposit the $15,825.85, belonging
to Judgment Debtor Defendant Breaburn Real Estate Development, LLC, with the
Registry of the Court.

2.      Upon receipt of the garnishment funds by the Registry of the Court, the Clerk shall promptly disburse the funds to Plaintiff's counsel, The Holt Group LLC, located at 1675 Broadway, Suite 2100, Denver, Colorado 80202.


Dated:   April  29  , 2009.


BY THE COURT:


   s/Lewis T. Babcock

LEWIS T. BABCOCK, JUDGE